1  WILLIAM McGRANE [057761]
   McGRANE LLP
2  Four Embarcadero Center, Suite 1400
   San Francisco, CA 94111
3  (415) 292-4807
   william.mcgrane@mcgranellp.com
4
   FRANK R. UBHAUS [046085]
5  BERLINER COHEN
   10 Almaden Boulevard, 11th Floor
6  San Jose, CA 95113
   (408) 286-5800
7  frank.ubhaus@berliner.com

8
   MYRON MOSKOVITZ [036476]
9  LAW OFFICES OF MYRON MOSKOVITZ
   90 Crocker Ave.
10 Piedmont, CA 94611
   (510) 384-0354
11 myronmoskovitz@gmail.com

12 Attorneys for Advanced Discovery, LLC,
   Howrey Claims, LLC, Kent Daniels and Assoc.,
13 Inc., and L.A. Best Photocopies, Inc.

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16 In re:                                    District Court Case No. 14-03062 JD
                                             Bankruptcy Court Case No. 11-31376 DM
17 HOWREY LLP,
                                             **STIPULATION AND ORDER
18              Debtor.                       DISMISSING APPEAL**

19 _____

20 ADVANCED DISCOVERY, LLC, et al.,

21              Appellants,
         v.
22 ALLAN DIAMOND et al.,

23              Appellees.

24 _____

1  <u>STIPULATION</u>

2  Pursuant to Fed. R. Bankr. Proc. 8001(c)(2), the parties hereby stipulate to dismiss this

3  appeal with prejudice.  Any court costs or fees that may be due shall be paid by appellants.

4  Dated:  August 11, 2014                Berliner Cohen
                                          Law Offices of Myron Moskovitz
5                                         McGrane LLP

6                                         By: /s/ William McGrane
                                          William McGrane
7                                         Attorneys for Plaintiffs Advanced Discovery,
                                          LLC, Howrey Claims, LLC, Kent Daniels and
8                                         Assoc., Inc., and L.A. Best Photocopies, Inc.

9

10  Dated:  August 11, 2014               Whiteford Taylor & Preston LLP

11                                        By: /s/ Bradford F. Englander
                                          Bradford F. Englander
12                                        Attorneys for the Official Committee of
                                          Unsecured Creditors

13

14  Dated:  August 11, 2014               Diamond McCarthy LLP

15                                        By: /s/ Andrew B. Ryan
                                          Andrew B. Ryan
16                                        Attorneys for Allan B. Diamond, Chapter 11
                                          Trustee of Howrey LLP

17

18  Dated:  August 11, 2014               Klee, Tuchin, Bogdanoff & Stern LLP

19                                        By: /s/ Matthew C. Heyn
                                          Matthew C. Heyn
20                                        Attorneys for an Informal Group of 61 Former
                                          Howrey LLP Partners

21

22

23

24

1                                    <u>ORDER</u>

2          The appeal is dismissed with prejudice.

3    August 12, 2014
                                     _____
4                                    JAMES DONATO, U.S. DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24